<tHEAD/>

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ (147029)
THOMAS E. EGLER (189871)
DANIEL S. DROSMAN (200643)
SCOTT H. SAHAM (188355)
LAUREN G. KERKHOFF (236902)
JENNIFER Y. LAI (228117)
CHRISTINA A. ROYCE (254551)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@csgrr.com
tome@csgrr.com
dand@csgrr.com
scotts@csgrr.com
lkerkhoff@csgrr.com
jlai@csgrr.com
croyce@csgrr.com

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
ANDREW L. ZIVITZ
LAUREN WAGNER PEDERSON
SHARAN NIRMUL
JENNIFER L. JOOST
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@btkmc.com
lpederson@btkm.com
snirmul@btkmc.com
jjoost@btkmc.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID H. LUTHER, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>      vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>                              Defendants. | No. 2:09-CV-06162-MRP(MANx)<br><br>CLASS ACTION<br><br>NOTICE OF ERRATA RE: COMPLAINT FOR DECLARATORY RELIEF |

Plaintiffs David H. Luther, Vermont Pension Investment Committee, Mashreqbank, p.s.c., Pension Trust Fund for Operating Engineers, Operating Engineers Annuity Plan, Washington State Plumbing & Pipefitting Pension Trust, and Maine State Retirement System, through their undersigned counsel, hereby submit this Notice of Errata to correct the inadvertent omission of exhibits which should have been attached to their Complaint for Declaratory Relief filed on August 24, 2009. Accordingly, attached hereto are Exhibits A and B.  Also attached is Exhibit C (Reporter's Transcript of Proceeding on May 14, 2009, in *Luther v. Countrywide Home Loans Servicing, LP*, No. BC 380698 (L.A. Super. Ct.)), for the Court's consideration in advance of the October 8th Status Conference.

DATED:  October 5, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ
THOMAS E. EGLER
DANIEL S. DROSMAN
SCOTT H. SAHAM
LAUREN G. KERKHOFF
JENNIFER Y. LAI
CHRISTINA A. ROYCE


    s/ SPENCER A. BURKHOLZ
    SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
ANDREW L. ZIVITZ
LAUREN WAGNER PEDERSON
SHARAN NIRMUL
JENNIFER L. JOOST
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

- 1 -

1
2   DEUTSCH & LIPNER
    SETH E. LIPNER
3   1325 Franklin Avenue, Suite 225
    Garden City, NY  11530
4   Telephone:  516/294-8899
    516/742-9416 (fax)
5
    Additional Counsel for Plaintiff
6   S:\CasesSD\CWALT\NOT00062161_ERRATA.doc
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2009.

    s/ SPENCER A. BURKHOLZ
SPENCER A. BURKHOLZ

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  spenceb@csgrr.com

# Mailing Information for a Case 2:09-cv-06162-MRP-MAN

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Spencer A Burkholz**
  spenceb@csgrr.com,e_file_sd@csgrr.com
- **Jeffrey B Coopersmith**
  jeff.coopersmith@dlapiper.com
- **Daniel S. Drosman**
  ddrosman@csgrr.com,tholindrake@csgrr.com
- **Thomas E Egler**
  tome@csgrr.com,jillk@csgrr.com,E_File_SD@csgrr.com
- **Jennifer L Joost**
  jjoost@btkmc.com,acashwell@btkmc.com
- **Lauren G Kerkhoff**
  lkerkhoff@csgrr.com
- **Jennifer Y Lai**
  jlai@csgrr.com
- **Nicolas Morgan**
  nicolas.morgan@dlapiper.com
- **Sharan Nirmul**
  snirmul@btkmc.com,mswift@btkmc.com
- **Lauren Wagner Pederson**
  lpederson@btkmc.com
- **David A Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com
- **Christina A Royce**
  croyce@csgrr.com
- **Scott H Saham**
  scotts@csgrr.com
- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com,emiko.gonzales@dlapiper.com
- **Andrew L Zivitz**
  azivitz@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Christopher G. Caldwell
David Willingham
Andrew Esbenshade
Caldwell Leslie & Proctor, P.C. *
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017

Dean J. Kitchens
Lindsay R. Pennington
Gibson, Dunn & Crutcher LLP *
333 South Grand Avenue
Los Angeles, CA 90071-3197

Lloyd Winawer
Goodwin Procter LLP *
10250 Constellation Blvd., 21st Floor
Los Angeles, CA 90067

Brian E. Pastuszenski
Inez H. Friedman-Boyce
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109-2881

Michael D. Torpey
Penelope A. Graboys Blair
Orrick, Herrington & Sutcliffe LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669

Michael C. Tu
Orrick, Herrington & Sutcliffe LLP *
777 S. Figueroa Street, Suite 3200
Los Angeles, CA  90017

William F. Sullivan
Thomas A. Zaccaro
Paul, Hastings, Janofsky & Walker LLP *
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

Jennifer M. Sepic
Bingham McCutchen LLP *
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071

Todd E. Gardinier
Edward S. Kim
Bingham McCutchen LLP *
600 Anton Boulevard, 18th Floor
Costa Mesa, California 92626-1924

Gwyn Quillen
Scott Vick
Bingham McCutchen LLP *
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060


* Denotes service via overnight delivery.